176 A.3d 223

MONTANA CONSTRUCTION CORP., INC., PLAINTIFF–MOVANT, v. FRANKLIN TWP. SEWERAGE AUTH. AND DIACO CONTRACTING, INC. D/B/A GRADE CONSTRUCTION, DEFENDANTS–RESPONDENTS.

M–433/434/435 September Term 2017
080158

December 8, 2017

ORDER

It is ORDERED that the motion for leave to file an overlength brief (M–433) is granted; and it is further

ORDERED that the motion for acceleration (M–434) is dismissed as moot; and it is further

ORDERED that the motion for a stay (M–435) is denied.